# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PAUL PEREZ, <br> Petitioner, <br> v. <br> MIKE MCDONALD, Warden, <br> Respondent. | Case No. CV 10-0052 ODW (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 15, 2011

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE